UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Harold James; Peter Castillo; and Lee H. Manygoats,<br><br>        Plaintiffs,<br><br>        v.<br><br>Burlington Northern Santa Fe Railway Company; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V, and White Corporations I-V,<br><br>        Defendants. | No. CV05-04106-PCT-NVW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| BNSF Railway Company, a Delaware corporation,<br><br>        Third-Party Plaintiff,<br><br>        v.<br><br>A-Ceco Equipment Company, Inc., an Arizona corporation; Zurich North America d/b/a Steadfast Insurance Company, a Texas corporation; John Doe VI; Black & White Corporations VI-X,<br><br>        Third-Party Defendants | |

The court having considered the parties' Stipulation for Dismissal with Prejudice (doc. # 176), and good cause appearing,

1 | IT IS ORDERED dismissing this matter with prejudice, each party to bear its own costs and attorney's fees. The clerk shall terminate this case.

Dated this 17th day of December 2007.

/s/ Neil V. Wake
Neil V. Wake
United States District Judge